IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 6:10CR46 |
| | § | |
| KYLE LYNN HAYES (07) | § | |

# NOTICE OF PLEA AGREEMENT

The United States of America, by and through its United States Attorney, would show the Court that the defendant, **Kyle Lynn Hayes**, and the government have entered into a written plea agreement in relation to the charges now pending before this Court.

    Respectfully submitted,

    JOHN M. BALES
    UNITED STATES ATTORNEY


    _/s/ Jim Middleton_
    JIM MIDDLETON
    Assistant United States Attorney
    Texas Bar No. 140022010
    110 N. College, Suite 700
    Tyler, Texas  75702
    (903) 590-1400
    (903) 590-1439 (fax)
    Jim.Middleton@usdoj.gov


    ATTORNEY FOR THE
    UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

On this the 27th day of September, 2010, I, Jim Middleton, Assistant United States Attorney for the Eastern District of Texas, the attorney of record for the United States of America herein, do certify that a true and correct copy of the foregoing instrument was filed with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

1. Dale Long
   dale@dale long.com

      /s/ *Jim Middleton*
      JIM MIDDLETON