| | |
|---|---|
| DATE: 3/1/2011<br>LOCATION: TYLER<br>JUDGE: MICHAEL H. SCHNEIDER<br>DEP. CLERK: Linda Pritchard<br>RPTR/ECRO: Jan Mason<br>USPO: Keith Wallace<br>INTERPRETER: | CASE NO: 6:10cr46(07)<br><br>**USA VS. KYLE LYNN HAYES**<br><br>JIM MIDDLETON — DALE LONG<br>Attorney for Government — Attorney for Defendant<br><br>BEGIN: 2:20 P.M.    ADJOURN: 2:40 P.M. |

## SENTENCING

☒ Sentencing called   ☒ Sentencing held   ☐ Objections(PSR) by Govt ☐ **Overruled** ☐ Sustained; by Dft ☐ **Overruled** ☐ Sustained
☒ Court adopts PSR in its entirety   ☐ Court adopts PSR w/exception of: _____
☐ **Court departs from guidelines**   ☐ On Motion of Govt.   ☐ Other: ☐ **Dft's Mot/Downward Overruled / Sustained**

| CT. | CUSTODY | Consec/Concurr | W/CT | FINE | REST | PROB | SUP/REL | Consec/Concurr | W/CT | SP/ASS | INELIG FED BEN. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **534** | **51 months** | | | waived | | | 2 yrs. | | | $100 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| WHILE INCARCERATED: IT IS RECOMMENDED THAT:<br>☐ Deft participate in the **Inmate Financial Responsibility Program**.<br>☒ Deft participate in **Drug Treatment Program**. | RECOMMENDATION TO BOP:<br>Deft be designated to FCI: SEAGOVILLE |
|---|---|

| | **SPECIAL CONDITIONS of RELEASE** |
|---|---|
| X | Dft shall abide by **standard conditions** of release, including committing no offenses, federal, state or local; and shall not illegally possess a controlled substance. |
| X | Dft shall **report** in person to the probation office in the district to which the dtf is released within **72 hours** of release from BOP. |
| X | Dft shall not possess a **firearm** or other destructive device.   Dft shall be **surrendered to INS official** for deportation proceeding. |
| X | Court orders **mandatory drug test**.   Court finds drug test w/in 15 days of release unnecessary. |
| X | Dft shall provide the probation officer with access to any requested **financial information**. |
| | Dft shall pay any **financial penalty** that is imposed by this judgment and that remains unpaid at the commencement of SUP/REL. |
| | Dft shall **not incur new credit charges** or open additional lines of credit without the approval of Probation Officer. |
| X | Dft shall participate in an ☐ **Assessment** /☒ **Program** of testing and treatment for ☒ **drug abuse** ☐ **mental health treatment.** |
| | Dft shall perform _____ hours of **community service** as directed by probation officer.   Dft to **pay delinquent Child Support.** |
| | Dft shall be placed on **home detention** for a period of _____ months, to commence (immediately/immediately following release from imprisonment/on _____). Dft to remain at this residence except for employment & other activities approved by probation officer. Dft shall maintain a telephone at residence without any special services, modems, answering machines, or cordless telephones. |
| | Dft shall be prohibited from having any type of contact with the other listed co-defendants in this case. |

| X | Dft **REMANDED** to the USM. | | | X | **Presentence Report** Sealed. | |
|---|---|---|---|---|---|---|
| | Dft ordered to **surrender** on : | | USM | X | **Minutes** filed | **FILED:**<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF TEXAS<br>DAVID J. MALAND, CLERK |
| | | | Designated FCI | | **Exhibit** list filed | |
| | Dft's **bond** ☐ set ☐ reduced to $_____<br>☐ cash ☐ surety ☐ 10% ☐ PR ☐ unsecured | | | | **Witness** list filed. | |
| | **Bond continued** | in this case | other case # _____ | | See reverse/attached for additional proceedings | |
| | Dft failed to appear | Ord/Arrest Warrant | BND forfeited. | | | **FORM TXED-118** |
| | **REMAINING** Counts **dismissed** on Govt's Motion | | | | | |
| X | Dft advised of **right to appeal** & court appointed counsel | | | | | |

**ADDITIONAL PROCEEDINGS - PAGE 2**

**CASE NO.  6:10cr46(07)      - USA v KYLE LYNN HAYES**

| | |
|---|---|
| 2:20 pm | Case called.  Mr. Middleton announced ready for the Government.  Mr. Long announced ready for the Defendant.  Defendant sworn.  Keith Wallace appeared on behalf of the probation department. |
| 2:23 pm | Court inquired if Mr. Long and dft received a copy of PSR, have reviewed it, and have any objections.  No objections. |
| 2:25 pm | Court adopted PSR in its entirety. |
| 2:26 pm | Mr. Long spoke on behalf of the Defendant.  Defendant allocuted to the Court.  Mr. Middleton responded. |
| 2:32 pm | Court imposed sentence.  Defendant shall cooperate in the collection of DNA. |
| 2:35 pm | Deft advised of right to appeal & court appointed counsel. |
| 2:36 pm | Remaining counts of the indictment dismissed on motion of the Government. |
| 2:37 pm | Dft REMANDED to USM. |
| 2:40 pm | There being nothing further in this case, Court adjourned. |

**DAVID J. MALAND, CLERK**

BY:        Linda Pritchard
Courtroom Deputy Clerk